# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| MARIA OLGA ZAVALA, | ) |
| Plaintiff, | ) CIVIL DOCKET NUMBER: |
| | ) 3:17-CV-00656-JWD-EWD |
| VERSUS | ) |
| | ) JUDGE: John W. deGravelles |
| CITY OF BATON ROUGE/PARISH | ) |
| EAST BATON ROUGE, ET AL. | ) MAG: Erin Wilder-Doomes |
| | ) |
| Defendants. | ) JURY TRIAL DEMANDED |

## ORDER

Considering the foregoing Joint Motion to Dismiss with Prejudice, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Joint Motion to Dismiss with Prejudice is granted.

PBATON ROUGE, LOUISIANA, this 16th day of June, 2022.

JOHN W. deGRAVELLES
JUDGE
MIDDLE DISTRICT OF LOUISIANA